

# United States District Court
# Eastern District of California

| | |
|---|---|
| Myriah Avalos, an individual and on behalf of all others similarly situated,<br>Plaintiff(s) | Case Number: 2:25-cv-01992-TLN-SCR |
| V. | |
| Cigna Healthcare of California, Inc., et al.<br>Defendant(s) | APPLICATION FOR PRO HAC VICE AND ORDER |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Elisabeth Hutchinson hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Cigna Healthcare of California, Inc., Cigna Dental Health of California, Inc., and Cigna Health Corporation

On  11/4/2013  (date), I was admitted to practice and presently in good standing in the Colorado Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: July 23, 2025              Signature of Applicant: /s/ *Elisabeth Hutchinson*
                                                              Elisabeth Hutchinson

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Elisabeth Hutchinson |
| Law Firm Name: | Morrison & Foerster LLP |
| Address: | 370 Seventeenth Street 4200 Republic Plaza |
| City: | Denver   State: CO   Zip: 80202-5638 |
| Phone Number w/Area Code: | (720) 956-5678 |
| City and State of Residence: | Arvada, CO |
| Primary E-mail Address: | EHutchinson@mofo.com |
| Secondary E-mail Address: | JodiThomas@mofo.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Tiffany Cheung |
| Law Firm Name: | Morrison & Foerster LLP |
| Address: | 425 Market Street |
| City: | San Francisco   State: CA   Zip: 94105 |
| Phone Number w/Area Code: | (415) 268-6848   Bar # 211497 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 23, 2025

JUDGE, U.S. DISTRICT COURT